**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3415
_____

| | |
|---|---|
| Kerry Thomas Bennett, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Eastern District of Missouri. |
| Warner Jenkinson Company, Inc., | * |
| | * **[UNPUBLISHED]** |
| Appellee. | * |

_____

Submitted: May 18, 1998
Filed: May 26, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

After Kerry Thomas Bennett filed a Title VII sex discrimination suit against his former employer, the district court[1] dismissed the suit without prejudice based on Bennett's failure to file a timely charge of discrimination with the Equal Employment Opportunity Commission (EEOC). See 42 U.S.C. § 2000e-5(e)(1). The court also denied Bennett's motion for reconsideration, and he appeals. Upon careful review of the record, we agree with the district court that Bennett failed to show he filed a timely

_____

[1]The HONORABLE E. RICHARD WEBBER, United States District Judge for the Eastern District of Missouri.

charge of discrimination with the EEOC.  Accordingly, we affirm the dismissal of the suit and denial of Bennett's motion for reconsideration.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.